No. 355. GOLDBERG *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Arnold Bauman* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 364. RAMSEY ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioners *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 354. LOS ANGELES COUNTY ET AL. *v.* SCANDINAVIAN AIRLINES SYSTEM, INC. Supreme Court of California. Certiorari denied. *Harold W. Kennedy* for petitioners. *Roderick M. Hills* for respondent.

No. 371. BLAISE D'ANTONI & ASSOCIATES, INC., ET AL. *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. 5th Cir. Certiorari denied. *Eberhard P. Deutsch* for petitioners. *Solicitor General Cox, Peter A. Dammann* and *David Ferber* for respondent.

No. 372. HART *v.* UNITED STATES FIDELITY & GUARANTY Co. C. A. 5th Cir. Certiorari denied. *William VanDercreek* and *Marvin Jones* for petitioner. *Reo Knowles* for respondent. Reported below: —— F. 2d ——.

No. 380. ELOF HANSSON, INC., *v.* UNITED STATES. United States Court of Customs and Patent Appeals. Certiorari denied. *James R. Sharp* for petitioner. *Solicitor General Cox, Assistant Attorney General Orrick* and *Alan S. Rosenthal* for the United States.